IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TANYA SMITH**                                                                     **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO.: 4:14-cv-161-DMB-JMV**

**LIBERTY HEALTH & REHAB**                                 **DEFENDANTS**
**OF INDIANOLA, LLC, ET AL.**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration … stays the attorney conference and disclosure requirements and all discovery **not related** to the issue pending the court's ruling on the motion, including any appeal." L.U. CIV. R. 16(b)(3)(B) (emphasis added). Because the defendants have moved to compel arbitration [6], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** as aforesaid pending a ruling on the immunity motion. Should the parties desire to undertake related discovery, they should contact the court for scheduling of same. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to compel arbitration and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 1st day of December, 2014.

                                                              /s/ Jane M. Virden
                                                              **UNITED STATES MAGISTRATE JUDGE**