IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TANYA SMITH, FOR AND ON BEHALF OF
THE ESTATE AND WRONGFUL DEATH
BENEFICIARIES OF CHARLES, SMITH,
DECEASED                                                                                          PLAINTIFF

VS.                                           CIVIL ACTION NO.: 4:14-cv-161-DMB-JMV

LIBERTY HEALTH & REHAB OF
INDIANOLA, LLC AND JOHN AND
JANE DOES 1-25                                                                                  DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration … stays the attorney conference and disclosure requirements and all discovery **not related** to the issue pending the court's ruling on the motion, including any appeal." L.U. Cɪᴠ. R. 16(b)(3)(B) (emphasis added). Because the defendants have moved to compel arbitration [17], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** as aforesaid pending a ruling on the Renewed Motion to Compel Arbitration [17]. Should the parties desire to undertake related discovery, they should contact the court for scheduling of same. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to compel arbitration and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 25th day of September, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**